**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :    No. 358 WAL 2021
                                :
           Respondent                :
                                :    Petition for Allowance of Appeal
                                :    from the Order of the Superior Court
             v.                      :
                                :
                                :
ANTONIO DION FERGUSON,            :
                                :
           Petitioner                 :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 22nd day of March, 2022, the Petition for Allowance of Appeal is **DENIED**.